1  SCOTT N. JOHNSON, ESQ., SBN 166952
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON | Case No.: CIV.S 07-cv-02258-LEW-EFB |
| Plaintiff, | |
| vs. | **PLAINTIFF'S STIPULATED DISMISSAL OF VAIL DEVELOPMENT COMPANY, INC. AND ORDER** |
| Chicago Title Insurance Company, Individually and d/b/a as Chicago Title; Vail Development Company, Inc., Individually and d/b/a as Vail Development Company; Sierra Commons; Melvin C. Vail, Individually and d/b/a as Sierra Commons; Bonnie J. Vail, Individually and d/b/a as Sierra Commons, | Complaint Filed: OCTOBER 23, 2007

**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |
| Defendants | |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Vail Development Company, Inc.) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).

1

PLAINTIFF'S STIPULATED DISMISSAL and Proposed ORDER
CIV: S-07-02258-LEW-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1  This case is to be remained open with remaining Defendant.  Defendant (Vail Development
2  Company, Inc.) is dismissed because Defendant is not a proper party to this action.

5  Dated: December 4, 2007                         /s/Scott N. Johnson_____
6                                                  SCOTT N. JOHNSON
                                                    Plaintiff, In Pro Per

8  Dated:  December ___, 2007                     _____
9                                                  CATHERINE M. CORFEE,
                                                    Attorney for Defendants
10                                                 Vail Development Company, Inc.;
                                                    Sierra Commons; Melvin C. Vail;
11                                                 Bonnie J. Vail

13  **IT IS SO ORDERED**.

15  Dated: December 10, 2007
                                                    /s/ Ronald S. W. Lew_____
16                                                 U.S. DISTRICT JUDGE

2
PLAINTIFF'S STIPULATED DISMISSAL and Proposed ORDER
                                          CIV: S-07-02258-LEW-EFB

PDF created with pdfFactory trial version www.pdffactory.com